UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 96-cr-00246-ZLW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAMES GRUPINSKI,

        Defendant,

and

VENETIAN RESORT - HOTEL- CASINO,

        Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee VENETIAN RESORT - HOTEL - CASINO shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

BY THE COURT:

Dated: 6/7/07

_____
UNITED STATES DISTRICT JUDGE